**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAILEY D. MENDOZA, an incapacitated adult, by and through his Guardian ad Litem, Elizabeth Mendoza,<br><br>    Plaintiff.<br><br>  v.<br><br>YUANEN CHEN, et al.,<br><br>    Defendants. | Case No. CV 23-3510 FMO (KSx)<br><br>**JUDGMENT** |

  Pursuant to the Order Approving Settlement of a Claim for a Person with a Disability ("Order"), filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT the settlement proceeds shall be distributed in accordance with the Order. The above-captioned action is dismissed with prejudice.

Dated this 18th day of September, 2023.

                  /s/
                 Fernando M. Olguin
               United States District Judge